# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie Robert Cooks,<br><br>PLAINTIFF(S)<br>v.<br><br>Jason Hamil,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>No. CV 15-4452-GW(ASx)<br><br>ORDER RE REQUEST TO PROCEED<br>*IN FORMA PAUPERIS* |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____    _____
Date                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency          ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☒ Other: Defendant seeks to proceed in forma pauperis in removing a state court unlawful detainer action to federal court for which there is no federal court jurisdiction.

Comments:

June 16, 2015                         /s/ Alka Sagar
Date                                  United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☒ DENIED (see comments above). IT IS FURTHER ORDERED that this case is hereby remanded. ~~DISMISSED~~

*[signature: George H. W.]*

June 22, 2015                         _____
Date                                  United States District Judge

CV-73 (12/14)                ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*